JS-6/ENTER

FILED
FEB 22 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LEE SWEENEY COWAN, | ) | Case No.   CV 09-8071-ODW(MLG) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA SANDERS, WARDEN, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: February 19, 2010

_____
Otis D. Wright, II
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY